No. 397. COLLINS *v.* SMITH, SUPERINTENDENT. November 13, 1945. Petition for writ of certiorari to the

Supreme Court of Washington denied.